

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00049-CV

| | | |
|---|---|---|
| KEITH MORVANT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF THE ESTATE OF JOHNA MORVANT, DECEASED; AND LYNNE FREDERICK, Appellants | § § § | On Appeal from the 348th District Court of Tarrant County (348-291241-17) |
| v. | § | January 16, 2020 |
| DALLAS AIRMOTIVE, INC. (D/B/A DALLAS AIRMOTIVE; D/B/A F/K/A PREMIER TURBINES; D/B/A F/K/A INTERNATIONAL TURBINE SERVICE, INC.); INTERNATIONAL GOVERNOR SERVICES LLC, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Keith Morvant, Individually and as Personal Representative and Administrator of the Estate of Johna Morvant,

Deceased; and Lynne Frederick shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Lee Gabriel
      Justice Lee Gabriel